# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-284-RLH-PAL-4 |
| Plaintiff, | |
| vs. | |
| PATRICIA BASCOM, | |
| Defendant. | |

**ORDER**

Having considered defendant's motion to continue sentencing in the above-captioned matter, as well as the government's opposition, and finding no cause to continue sentencing,

IT IS ORDERED that defendant's motion should be and hereby is DENIED.

Due to a conflict in the Court's schedule resulting from involvement in an ongoing complex criminal trial, **IT IS FURTHER ORDERED the sentencing in this matter is *advanced* to THURSDAY, DECEMBER 1, 2011 at 3:30 PM, Courtroom 6C.**

DATED: November 22, 2011

_____
UNITED STATES DISTRICT JUDGE