## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>            Plaintiff,<br><br>vs.<br><br>Patricia Bascom<br><br>            Defendant. | District No.   2:10-CR-0284-PMP-PAL |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On December 2nd, 2011 this court received a transcript order form dated December 2nd, 2011 requesting a Transcript of the Sentencing Hearing held on December 1st, 2011 from Mr. Stephen Spiegelhalter, Counsel for Ms. Patricia Bascom, in which **the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _____ day of December, 2011.

                                                            Roger L. Hunt<br>
                                                            United States Judge