# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-284-RLH-PAL-3 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER UNSEALING** |
| | ) | **DOCKET ENTRIES, PROCEEDINGS,** |
| JIMMY WILSON, | ) | **AND DOCUMENTS** |
| Defendant. | ) | |

Based upon a stipulation between the parties and a Court order thereon, this matter, including all docket entries, all proceedings and any transcripts of those proceedings, and particular documents, was previously sealed. Mr. Wilson's case is now near its conclusion, and the parties agreed in open court on January 13, 2012, that a blanket sealing order is no longer necessary or appropriate. It is, therefore,

ORDERED that all docket entries in the above-captioned matter shall be published to the public docket;

IT IS FURTHER ORDERED that all proceedings in the above-captioned matter, as well as transcripts of all such proceedings, are HEREBY UNSEALED;

IT IS FURTHER ORDERED that all documents in the above-captioned case are HEREBY UNSEALED and shall be made available on the public docket, **with the exception of the following documents** (**which shall remain sealed**):

- all stipulations to continue Mr. Wilson's sentencing, where those stipulations were previously filed under seal, and any orders thereon; and

- any government motion relating to Mr. Wilson's sentence and any order thereon.

DATED this 17th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE