# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICIA BASCOM,

    Defendant.

Case No. 2:10-cr-284-RLH-PAL

**O R D E R**
(Motion to Withdraw Plea–#169)

Before the Court is Defendant's second Motion to Withdraw Plea Bargain (#169, filed January 24, 2012). The Motion will be stricken for the following reasons:

First, Defendant filed an identically titled Motion on January 8, 2012, so it is duplicitous and unnecessary.

Second, after filing the first Motion, which was 70 pages long, the Court admonished Defendant's present (and third) attorney that the Rules limited motions to 30 pages unless otherwise permitted by the Court, and that he was not to file motions which exceeded the 30-page limit. This Motion is also 70 pages long (with exhibits and affidavits, it consists of 231 pages) and violates the Court's Local Rules, which have the force of law, and this Court's prior oral Order to Defendant's counsel.

Finally, the vast majority of the motion and the exhibits consists of inflammatory rantings about how Defendant feels she was mistreated by her prior attorney, law enforcement, and the prosecuting attorneys from the beginning of the case, none of which is relevant to her statements under oath or whether she understood what she was doing or saying at the time of the plea colloquy.

IT IS THEREFORE ORDERED that Defendant's second Motion to Withdraw Plea Bargain (#169) is STRICKEN and will not be considered.

Dated: January 25, 2012.

_____
**Roger L. Hunt**
**United States District Judge**