# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-284-RLH-PAL-4 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| PATRICIA BASCOM, | ) | |
| Defendant. | ) | |

On January 27, 2012, the government filed a motion, to which defendant consented, to convert the upcoming evidentiary hearing into a sentencing hearing. Having considered the motion and for good cause shown, it is

HEREBY ORDERED that the evidentiary hearing previously scheduled for February 2, 2012, in the above-captioned matter, is by this order converted to a sentencing hearing. The parties shall appear before the Court on February 2, 2012, at 8:30 a.m., for defendant's sentencing and final disposition of this matter.

DATED : January 27, 2012.

_____
UNITED STATES DISTRICT JUDGE