# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-284-RLH-PAL-4 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| PATRICIA BASCOM, | ) | |
| Defendant. | ) | |

On January 18, 2012, the government filed a motion to exclude evidence pertaining to the recording of an alleged call between Ms. Bascom and one of her attorneys, Michael Cristalli. The government further moved to strike Ms. Bascom's "Motion to Withdraw Plea Bargain" and an affidavit in support of that motion because publication of portions of the alleged call violates federal law. Having considered the government's motion and any response thereto, it is

HEREBY ORDERED that Ms. Bascom may neither refer to nor use any portion of the purported recording of the alleged call between Ms. Bascom and Michael Cristalli or any evidence derived from the purported recording, either at the February 2, 2012, evidentiary hearing on Ms. Bascom's motion or at any subsequent hearing or trial;

IT IS FURTHER ORDERED that Ms. Bascom's "Motion to Withdraw Plea Bargain" and her affidavit in support thereof [docket #148] are stricken from this case's record. Ms. Bascom is directed to refile her motion and affidavit, excising any reference to, or quotation of, the purported call or any evidence derived therefrom.

DATED this 27th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE